UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY MAXSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL ACTION NO. 3:21-cv-00214<br><br>(SAPORITO, M.J.) |

# ORDER

AND NOW, this 26th day of September, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's application for supplemental security income is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

        *s/Joseph F. Saporito, Jr.*
        JOSEPH F. SAPORITO, JR.
        United States Magistrate Judge